IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:06CR10-3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ORRESTES ROGNAR ALEMAN. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon Warden Stephen M. Dewalt's Motion for Enlargement of Time. Having considered Warden Stephen M. Dewalt's Motion for Enlargement of Time and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Warden Stephen M. Dewalt's Motion for Enlargement of Time is **GRANTED,** and Warden Stephen M. Dewalt's is allowed up to and inclusive of November 29, 2006, to complete the Ordered evaluation of defendant and up to December 20, 2006, to submit the report to the court.

Signed: October 10, 2006

_____
Dennis L. Howell
United States Magistrate Judge